CLOSED, PAF

RECEIVED
WILLIAM T. WALSH, CLERK

# U.S. District Court (Live Database)
## U.S. District Court - Eastern District of Tennessee (Knoxville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00094
### Internal Use Only

2007 JUN 29 A 11: 05

UNITED STATES
DISTRICT COURT

Holt v. Menu Foods Inc.
Assigned to: Honorable Thomas W Phillips
Referred to: Magistrate C Clifford Shirley
related Case: 3:07-cv-00098
Cause: 28:1391 Personal Injury

Date Filed: 03/19/2007
Date Terminated: 06/22/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Lizajean Holt**             represented by   **A James Andrews**
                                               A. James Andrews, Attorney at Law
                                               905 Locust Street
                                               Knoxville, TN 37902
                                               865-660-3993
                                               Fax: 865-523-4623
                                               Email: andrewsesq@icx.net
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Nicole Bass**
                                               905 Locust Street
                                               Knoxville, TN 37902
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Perry A Craft**
                                               Craft & Sheppard
                                               214 Centerview Drive
                                               Suite 233
                                               Brentwood, TN 37027
                                               615-309-1707
                                               Fax: 615-309-1717
                                               Email: perrycraft@craftsheppardlaw.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Lefebvre**            represented by   **A James Andrews**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

ATTEST A true copy
Certified this 6/26/07
PATRICIA L. McNUTT, CLERK
by [signature] Dep. Clerk

Dockets.Justia.com

**Nicole Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry A Craft**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Debra LeRoy**     represented by  **A James Andrews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry A Craft**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Kim Leonard**     represented by  **A James Andrews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry A Craft**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Menu Foods Inc.**    represented by  **Edward B Ruff, III**
Pretzel & Stouffer, Chartered
One South Wacker Drive

Suite 2500
Chicago, IL 60606
312-578-7507
Fax: 312-346-8242
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R Thompson**
O'Neil, Parker & Williamson
P O Box 217
Knoxville, TN 37901-0217
865-546-7190
Fax: 865-546-0789
Email: jthompson@opw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Turiello**
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
312-578-7507
Fax: 312-346-8242
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Priya K Jesani**
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
312-578-7507
Fax: 312-346-8242
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2007 | 1 | COMPLAINT against Menu Foods Inc. (Filing fee $ 350), filed by Lizajean Holt. (Phillips/Shirley)(RLK) (Entered: 03/20/2007) |
| 03/19/2007 |  | Filing fee: $ 350, receipt number K3004752 (RLK) (Entered: 03/20/2007) |
| 03/20/2007 |  | (Court only) ***Set Flags : PAF (RLK) (Entered: 03/20/2007) |
| 04/06/2007 | 2 | AMENDED COMPLAINT adding plaintiffs against all defendants, filed by Lizajean Holt et al.(Andrews, A) Modified text on 4/9/2007 (ADA). |

| | | |
|---|---|---|
| | | (Entered: 04/06/2007) |
| 04/09/2007 | 🔵 | (Court only) ***Party Donna Lefebvre rep by Nicole Bass, Perry A Craft, A James Andrews, and Debra LeRoy rep by Perry A Craft, A James Andrews, Nicole Bass, and Kim Leonard rep by Perry A Craft, A James Andrews, Nicole Bass added *** (ADA) (Entered: 04/09/2007) |
| 04/18/2007 | 🔵3 | NOTICE of Appearance by Jeffrey R Thompson on behalf of Menu Foods Inc. (Thompson, Jeffrey) (Entered: 04/18/2007) |
| 04/18/2007 | 🔵4 | MOTION to Stay all proceedings in this action pending a transfer decision by the Judicial Panel by Menu Foods Inc.. (Thompson, Jeffrey) Modified text and description on 4/19/2007 (ADA). (Entered: 04/18/2007) |
| 04/18/2007 | 🔵5 | MEMORANDUM in Support of Motion re 4 MOTION to Stay filed by Menu Foods Inc.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 # 4 # 5)(Thompson, Jeffrey) (Entered: 04/18/2007) |
| 05/10/2007 | 🔵6 | MOTION for Leave for Michael Turiello to Appear Pro Hac Vice (Filing fee $ 60.00 paid receipt #K3005128) by Menu Foods Inc., with certificate of good standing from USDC Northern Illinois. (ADA) (Entered: 05/11/2007) |
| 05/10/2007 | 🔵7 | MOTION for Leave for Priya Jesani to Appear Pro Hac Vice (Filing fee $ 60.00 paid receipt #K3005128) by Menu Foods Inc., with certificate of good standing from USDC Northern Illinois. (ADA) (Entered: 05/11/2007) |
| 05/10/2007 | 🔵8 | MOTION for Leave for Edward B. Ruff III to Appear Pro Hac Vice (Filing fee $ 60.00 paid receipt #K3005128) by Menu Foods Inc., with certificate of good standing from USDC Northern Illinois. (ADA) (Entered: 05/11/2007) |
| 05/16/2007 | 🔵9 | ORDER granting 6, 7 and 8 Motion(s) by Michael P. Turiello, Priya K. Jesani and Edward B. Ruff, III, for admission to practice in this case pro hac vice on behalf of defendant. Signed by Judge Thomas W Phillips on 5/16/07. (ADA) (Entered: 05/16/2007) |
| 06/22/2007 | 🔵10 | TRANSFER ORDER from MDL Panel re docket #1850. Forwarded to USDC Camden New Jersey. (ADA) (Entered: 06/26/2007) |
| 06/26/2007 | 🔵11 | Letter from USDC re MDL Transfer (ADA) (Entered: 06/26/2007) |