# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
Howard H. Baker Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902

(865) 545-4228
www.tned.uscourts.gov

**PATRICIA L. McNUTT**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

June 26, 2007

William T. Walsh, Clerk
United States District Court
1050 Mitchell H. Cohen
  United States Courthouse
400 Cooper Street
Camden, NJ 08102-1570

RE:   MDL DOCKET 1850 -PET FOOD PRODUCTS LIABILITY
                HOLT V. MENU FOODS, INC
                (3:07-cv-94)

Dear Mr. Walsh:

We are in receipt of the Transfer order instructing our court to forward the record as set forth and a copy of the docket sheet in the above styled case. We have enclosed the required documents. If there are any problems, please do not hesitate to contact our office at (865) 545-4228. Thank you.

Sincerely,

S/A. Archer , Case Manager

aa/Enclosures